

FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        PLAINTIFF<br><br>           v.<br><br>ARCENIO LOZANO CAMACHO<br><br><br>                     DEFENDANT(S). | CASE NUMBER<br><br>5:25-MJ-00058-DUTY<br><br>---<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of ___THE GOVERNMENT___ , IT IS ORDERED that a detention hearing is set for ___MARCH 12___ , ___2025___ , at ___1 P.M___ ☐ a.m. / ☒ p.m. before the Honorable ___DAVID T. BRISTOW___ , in Courtroom ___4___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/28/25___

_____
U.S. ~~District Judge~~/Magistrate Judge